IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 22-MJ-668STE ) |
| JOSHUA D. ADAMS, | ) ) ) |
| Defendant. | ) Violation: 18 U.S.C. § 1361 |

**INFORMATION**

The United States Attorney charges:

**COUNT 1**
**(Destruction of Government Property)**

On or about August 16, 2022, in the Western District of Oklahoma at the Fort Sill Military Reservation, at or near Rogers Lane and 52nd Street

-------------------- **JOSHUA D. ADAMS**, ------------------

the defendant, did willfully injure or commit a depredation against property of the United States, to wit: a fence, of a value less than $1,000.

All in violation of Title 18, United States Code, Section 1361.

Dated this 14th day of September 2022.

ROBERT J. TROESTER
Acting United States Attorney

JAMES R. BRANNON
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Taylor Hall
Fort Sill, Oklahoma 73503
Telephone: (580) 442-3900